COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00465-CV |
| Style: | Darrell Julian and Ted Hennis v. Cadence McShane Construction Company, LLC and Pinpoint Commercial LP, General Partner of PPC GP, LLC |
| Date motion filed*: | June 11, 2015 |
| Type of motion: | Motion for Extension of Time to File Clerk's Record |
| Party filing motion: | Appellants |
| Document to be filed: | Clerk's Records |

Is appeal accelerated?     Yes.

If motion to extend time:

      Original due date:     May 28, 2015

      Number of extensions granted:     0     Current Due Date:  May 28, 2015

      Date Requested:     N/A (15 days or such time as required by trial clerk)

Ordered that motion is:

    ☐ Granted in part

    ☐ Denied

    ☒ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

    On June 1, 2015, the Clerk of this Court sent the trial clerk a notice that the clerk's record had not been timely filed, and if the record was not filed within 10 days, to request an extension of time.  Accordingly, appellants' motion for a 15-day extension of time to file the clerk's record is **dismissed** because the trial clerk is responsible for filing it, provided appellants have requested and paid for it, and this Court may extend the deadline to file it if requested by the clerk.  *See* TEX. R. APP. P. 35.3(a)(2), (c).

Judge's signature: /s/ Laura C. Higley

      ☒ Acting individually          ☐ Acting for the Court

Date:  June 18, 2015